**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**FEDERAL PRISON INDUSTRIES, INC. BOARD OF DIRECTORS, Federal Bureau of Prisons, and U.S. Department of Justice, Defendants–Appellees.**

No. 2009–1298.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

**Linda K. FERRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3123.

United States Court of Appeals, Federal Circuit.

April 16, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 25, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before May 7, 2009.